PHILLIP J. NEXON *vs.* ROSE LADGE. March 15, 1977. This is an appeal from an order of a Probate Court judge denying the contestant's motion to frame jury issues. The motion was heard on counsel's statements of expected evidence. We have examined those statements (*Abbott* v. *Noel,* 337 Mass. 133, 138 [1958]; *Guazzaloca* v. *Brooks,* 1 Mass. App. Ct. 823 [1973]) and, after giving due weight to the decision of the probate judge, conclude that there was no error.

*Order affirmed.*

*George M. Ford* for the contestant.
*Jeffrey B. Rudman* for the proponent.